# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY T. STEINER,<br>　　　　　Plaintiff(s),<br>vs.<br>AAA LIFE INSURANCE COMPANY, et al.,<br>　　　　　Defendant(s). | Case No. 2:14-cv-01706-JAD-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 8) |

　　　　Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 8. Any response shall be filed no later than November 25, 2014. The Court hereby **SETS** a hearing on the motion for December 1, 2014, at 2:30 p.m. in Courtroom 3A. Plaintiff and Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than November 18, 2014, Plaintiff's current counsel of record shall serve her with this order and shall file a proof of service.

　　　　IT IS SO ORDERED.

　　　　DATED: November 14, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge