1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MARY T. STEINER,                                )
                                                )
                        Plaintiff(s),           )        Case No. 2:14-cv-01706-JAD-NJK
                                                )
vs.                                             )        ORDER
                                                )
AAA LIFE INSURANCE COMPANY,                     )
                                                )
                        Defendant(s).           )
_____)

      The discovery plan in this case was due on December 6, 2014.  *See* Docket No. 4; *see also* Local Rule 26-1(d).  In light of the Court's recent order granting Plaintiff's counsel's motion to withdraw, the Court hereby **EXTENDS** the deadline to file a discovery plan to January 12, 2015.

      IT IS SO ORDERED.

      DATED: December 12, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge