# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Mary Steiner,

    Plaintiff

v.

AAA Life Insurance Company et al.,

    Defendants

Case No.: 2:14-cv-1706-JAD-NJK

**Order of Dismissal**

    This case arises from a life-insurance policy that plaintiff Mary Steiner purchased from AAA Insurance in 2004.[1] After ignoring a series of Magistrate Judge Nancy Koppe's orders, including an order to appear at a hearing and another order to update her address, Steiner disregarded Magistrate Judge Koppe's order to show cause why her case should not be dismissed.[2] Magistrate Judge Koppe then entered a Report and Recommendation on February 24, 2014, recommending dismissal of plaintiff Mary Steiner's claims for failure to comply with court orders.[3] Objections were due February 8, 2015. Steiner has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] I now adopt Magistrate Judge Koppe's report and recommendation and dismiss Steiner's complaint without prejudice.[5]

---

[1] *See* Doc. 1-2 at 7.

[2] *See* Doc. 22 at 1–2 (discussing Steiner's disregard of court orders).

[3] *Id.* at 2.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[5] I note that Steiner is now pro se, though she was represented by counsel until December 1, 2014. *See* Doc. 15. I therefore liberally construe all pro se motions and pleadings, or I would if Steiner had filed anything; she has filed no motions since her attorney withdrew. *See Bernhardt v. L.A. Cnty.*, 339 F.3d 920, 925 (9th Cir. 2003). I also find this matter appropriate for resolution without oral argument. LR 78-2.

AAA filed a motion to dismiss on October 22, 2014, that remains unopposed.[6] Because Steiner's complaint is dismissed and the case is closing, I also deny the motion to dismiss as moot and vacate the March 10, 2015, hearing on the motion to dismiss.[7]

**Conclusion**

Accordingly, it is hereby ORDERED that Magistrate Judge Koppe's Report and Recommendation **[Doc. 22] is ACCEPTED and ADOPTED in full; this case is DISMISSED**.

It is further ORDERED that AAA's motion to dismiss **[Doc. 4] is DENIED** as moot and the March 10, 2015, hearing is **VACATED**.

The Clerk of Court is instructed to **CLOSE** this case.

DATED February 12, 2015.

_____
Jennifer A. Dorsey
United States District Judge

---

[6] *See* Doc. 4 (motion to dismiss); *see also* Doc. 9 (notice of non-opposition).

[7] Doc. 23.